IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JOSEPH E. BUCKLEY, JR.                                              PLAINTIFF

VERSUS                              CIVIL ACTION NO. 1:20-cv-000242-HSO-JCG

SHAWN SHOEMATE and
GEICO GENERAL INSURANCE COMPANY                        DEFENDANTS

AND

GEICO GENERAL INSURANCE COMPANY                COUNTER-PLAINTIFF

VERSUS

JOSEPH E. BUCKLEY, JR.                              COUNTER-DEFENDANT

### FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for consideration on Motion of the parties *ore tenus* to dismiss the Plaintiff's cause of action with prejudice, and this Court, having considered the same and being fully advised in the premises and it appearing that this entire cause has been compromised and settled as between and among the parties, is of the opinion that said motion is well-taken and should be, and the same is hereby, granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this cause be, and the same is hereby, dismissed with prejudice, with each party to bear their respective costs.

SO ORDERED AND ADJUDGED, this the 6th day of October, 2020.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE

AGREED TO:

/s/ Albert R. Jordan, IV
ALBERT R.  JORDAN, IV, ESQ.
ATTORNEY FOR PLAINTIFF

/s/ Edward C. Taylor
EDWARD C. TAYLOR, ESQ.
ATTORNEY FOR DEFENDANTS

PREPARED BY:
EDWARD C. TAYLOR - MS BAR # 9043
*etaylor@danielcoker.com*
KATIE R. VAN CAMP -  MS BAR #104834
kvancamp@danielcoker.com
DANIEL COKER HORTON AND BELL, P.A.
1712 15TH STREET, SUITE 400
POST OFFICE BOX 416
GULFPORT, MS 39502-0416
TELEPHONE:  (228) 864-8117
I242-137744